IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

OSVELY ALEJANDRO ESTRADA SARPOR, #A 220-687-268 — PETITIONER

VS. — CIVIL ACTION NO. 5:26-CV-537-DCB-BWR

WARDEN, ADAMS COUNTY CORRECTIONAL CENTER — RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [ECF No. 9] of the United States Magistrate Judge entered herein on August 24, 2026, in this action brought pursuant to 28 U.S.C. § 2241. In the Report and Recommendation, Judge Rath recommended denial of Petitioner Estrada Sarpor's Motion for Temporary Restraining Order [ECF No. 2]. Petitioner, proceeding pro se, has failed to file objections to the Report and Recommendation by his deadline of September 8, 2026.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report and Recommendation. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed Petitioner's Motion for Temporary Restraining Order, the related filings, and the record in this matter. Having considered the Report and Recommendation of Judge Rath, the Court adopts his findings and conclusions in full as the opinion of this Court.

ACCORDINGLY,

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court. Accordingly, Petitioner's Motion for Temporary Restraining Order [ECF No. 2] is hereby denied.

SO ORDERED AND ADJUDGED, this the 11th day of September, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE